UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_Eastern_ DIVISION

_Anderson-Torrey_

**NAME OF THE PLAINTIFF OR PLAINTIFFS**
(Enter above the full names of each plaintiff in this action.)
- vs -

_Nestlé Purina Pet Care Company (NPPC)_
_Debbie Grehcin (Employee)_

**NAME OF THE DEFENDANT OR DEFENDANTS**
(Enter above the full name of ALL defendant(s) in this action. Fed. R. Civ. P. 10(a) requires that the caption of the <u>complaint</u> include the name of all the parties. Please attach additional sheets if necessary.)

Case No.

_Jury Trial Demanded_

4:04CV01156DJS

**COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Venue is proper in this district under 42 U.S.C. § 2000e-5(f)(3).

2. Plaintiff _Felicia E. Anderson-Torrey_
(name of plaintiff)

resides at: _414 Christian Ave._, _St. Louis_
(street address)        (city)

_Missouri_, _63147_.
(state)      (ZIP code)

Phone: _(314) 385-6317_.

3. The defendant _Nestlé Purina Pet Care Company_
   (name of defendant)

is an employer, employment agency, or labor organization, as defined in 42 U.S.C. § 2000e, and lives at or its place of business is located at:

_901 Chouteau Ave_, _St. Louis_,
(street address)      (city)

____—____, _Missouri_, _63102_.
(county)    (state)     (zip code)

**NOTE: IF THERE IS MORE THAN ONE PERSON FILING THE COMPLAINT OR IF YOU ARE SUING MORE THAN ONE PERSON OR COMPANY, PLEASE ADD THE NAMES AND ADDRESSES OF THE ADDITIONAL PERSONS OR COMPANIES ON A SEPARATE SHEET OF PAPER. COPY THE LANGUAGE IN PARAGRAPHS 2 AND 3 FOR ADDITIONAL PLAINTIFFS OR DEFENDANTS.**

4. The address at which plaintiff sought employment or was employed by the defendant(s) is: _801 Chouteau Ave._,
   (street address)

_St. Louis_, ____—____, _Missouri_, _63102_.
(city)   (county)    (state)    (zip code)

5. Defendant discriminated against the plaintiff in the manner indicated in paragraphs 9 and 10 of this complaint on or about: _March_ _3_ _2004_. August 28, 2002
   (month) (day) (year)

6. Plaintiff filed charges against the defendant with the Missouri Commission on Human Rights, charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint, on or about _March_ _3_, _2004_.
   (month) (day) (year)

2

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission, charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint, on or about __March      3,        2004__.
                                                            (month)   (day)   (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue Letter which was received by the plaintiff on __June      23,       2004__, a copy of which is attached to
    (month)  (day)  (year)

this complaint.

9. The acts that I complain of in this suit, concern defendant's:

    (a) _____ failure to employ me.

    (b) _____ termination of my employment.

    (c) __✓__ failure to promote me.

    (d) __✓__ other acts (specify): __Equal Pay Act__
__Please see attachment__

10. Defendant's action(s), as stated in paragraph 9, is discriminatory with respect to the following:

    (a) __✓__ my race.         (d) _____ my national origin

    (b) _____ my religion.     (f) __✓__ other (specify) __Retaliation__

    (c) __✓__ my sex.

3

11. The circumstances under which defendant(s) discriminated against the plaintiff were as follows (**Note: if you are suing more than one defendant, please complete this question with regard to each of the named defendants**): _Inconsistent requirements for promotion, salary and job requirements which causes Inequities in promotions, salary disparity and job performance_

_Please see attached document_

(Attach additional sheets as necessary.)

August 27, 2004

# EQUAL PAY ACT of 1963

## Circumstances of complaint:

I HAVE BEEN EMPLOYED WITH NESTLÉ PURINA PET CARE COMPANY (NPPC) SINCE AUGUST 28, 1986. I BEGAN WORKING IN THE APPLICATION SUPPORT GROUP ON AUGUST 28, 2002. I WAS REFUSED THE PROMOTIONAL INCREASE I EXPECTED; INSTEAD IT WAS A LATERAL MOVE. IN PREVIOUS MONTHS AND YEARS THE JOB WAS CONSISTENTLY POSTED AS A GRADE 14, WHICH IS TWO GRADES HIGHER THAN MY CURRENT GRADE OF 12.

SUBSEQUENTLY, THERE HAVE BEEN TWO (2) COWORKERS HIRED AND THEY WERE BOTH PROVIDED THE PROMOTIONAL GRADE OF 14 OR ABOVE WHICH IS COMMENSURATE WITH THE JOB DUTIES.

ALL OF MY COWORKERS IN THE APPLICATION SUPPORT GROUP ARE A GRADE 14 OR HIGHER.

# COMPLAINT UNDER TITLE VII of the CIVIL RIGHTS ACT of 1964

## Circumstances of complaint:

I HAVE BEEN EMPLOYED WITH NESTLÉ PURINA PET CARE COMPANY (NPPC) SINCE AUGUST 28, 1986. I HAVE BEEN HARRASSED AND DISCRIMINATED AGAINST BY DEBBIE GEHRIN, DIRECTOR, INFORMATION SYSTEMS APPLICATION SUPPORT, MY IMMEDIATE SUPERVISOR. MS. GEHRIN REFUSED AND DENIED ME A PROMOTIONAL OPPORTUNITY ON MULTIPLE OCCASIONS; SALARY COMMENSURATE WITH THE JOB DUTIES PERFORMED, WHICH WOULD HAVE BEEN CONSISTENT WITH OTHERS IN THE APPLICATION SUPPORT GROUP. MS. GEHRIN CREATED A HOSTILE AND INTIMIDATING WORK ENVIRONMENT FOR ME AND FOSTERED A GLASS CEILING, VOICED OFFENSIVE AND INFLAMMATORY ETHNIC AND RACIAL REMARKS, AND SOLICITED THE ASSISTANCE OF OTHERS (CYNTHIA CLASPILLE, STEPHANIE CUMMINGS AND DONNA HOWARD) IN HER EFFORTS TO UNDERMINE MY JOB PERFORMANCE.

IN RETALIATION OF MY HARRASMENT COMPLAINT AGAINST MS. GEHRIN TO HUMAN RESOURCES, I WAS PLACED ON A UNWARRENTED PERFORMANCE IMPROVEMENT PLAN (PIP) AND GIVEN JOB DUTIES THAT ARE TANTAMOUNT TO A DEMOTION ALBEIT MY JOB PERFORMANCE REVIEW REFLECTS DIFFERENTLY. THIS DEOMONSTRATES MS. GEHRIN'S CONTINUED HARRASMENT AND INTIMIDATION OF WHICH THE COMPANY IS AWARE OF, SANCTIONS AND CONDONES. THIS SITUATION THREATENS MY CONTINUED EMPLOYMENT AT NPPC AND MINIMIZES MY OPPORTUNITIES FOR PROMOTION AND GROWTH WITHIN THE COMPANY.

## Wherefore, plaintiff prays for (state what relief is sought):

BACK PAY, LOST WAGES, REINSTATEMENT, EMOTIONAL DISTRESS, PUNITIVE DAMAGES, ATTORNEY FEES, PROMOTION, CEASE AND DESIST ORDER, *front pay and compensatory damages*.

12. The acts set forth in paragraph 9 of this complaint are:

(a) __✓__ still being committed by the defendant.

(b) _____ are no longer being committed by the defendant.

(c) _____ may still be being committed by the defendant.

13. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, and submits said charges as a brief statement of the facts supporting this complaint.

Wherefore, plaintiff prays for (state what relief is sought): Back pay, lost wages, re-instatement, emotional distress, punitive damages, promotion, cease and desist order and attorney fees, front pay and compensatory damages.

and such other relief as the Court would allow under Title VII of the Civil Rights Act of 1964, as amended.

Signed this _27_ day of _August_, 20_04_.

_Alicia E. Anderson Torrey_

Signature of Plaintiff(s)

5